FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )  Case No.: CR 10-0369-DSF
                                     )
         Plaintiff,                  )
                                     )
    vs.                              )  ORDER OF DETENTION AFTER HEARING
                                     )  [Fed. R. Crim. P. 32.1(a)(6);
Robert Reycs,                        )   18 U.S.C. § 3143(a)]
                                     )
         Defendant.                  )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on no known bail resources, absconder status, apparent

1     <u>ongoing substance abuse, prior failures to appear,</u>
2     <u>unknown recent background, prior revocation of</u>
3     <u>supervised release</u>
4     and/or
5 B.  (✓) The defendant has not met (his)/her burden of establishing by
6     clear and convincing evidence that (he)/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: <u>extensive criminal history, ongoing substance</u>
10    <u>abuse, prior revocation of supervised release</u>

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: Feb. 7, 2020            /s/ Jean Rosenbluth
                                             JEAN ROSENBLUTH
18                                              U.S. MAGISTRATE JUDGE